IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF BEDFORD, VIRGINIA, )<br>a political subdivision of the )<br>Commonwealth of Virginia, )<br>215 East Main Street )<br>Bedford, Virginia 24523 )<br>    )<br>    Plaintiff, )<br>    )<br>    v. )<br>    )<br>ERIC HOLDER, )<br>Attorney General of the )<br>United States of America; )<br>THOMAS E. PEREZ, )<br>Assistant Attorney General, )<br>Civil Rights Division, United States )<br>Department of Justice, Washington, DC, )<br>    )<br>    Defendants. )<br>_____) | Civil Action No. _____<br><br><br><br>Three-Judge Court Requested |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED MOTION TO CONVENE THREE-JUDGE COURT

This memorandum is respectfully submitted in support of the foregoing Unopposed Motion to Convene a Three-judge Court.

### ARGUMENT

Plaintiff City of Bedford has filed this action pursuant to Section 4 of the Voting Rights Act of 1965, as amended, 42 U.S.C. §1973b. Plaintiff's action seeks a declaratory judgment from this Court granting the City an exemption, known as a "bailout", from the special remedial provisions of the Voting Rights Act.

A three-judge court is required under Section 4 of the Voting Rights Act: "A district court of three-judges shall be convened to hear and determine the action." See 42 U.S.C. §1973b.

In other cases brought before this Court by jurisdictions under Section 4 of the Voting Rights Act, orders have been entered granting motions to convene three-judge courts, and requesting the convening of a three-judge court. See, *e.g., Washington County, Virginia v. Mukasey*, No. 08-1112 (D.D.C., Order entered July 11, 2008); *Page County, Virginia v. Mukasey*, No. 08-1113 (D.D.C., Order entered July 11, 2008); *Middlesex County, Virginia v. Gonzales*, No. 07-1485 (D.D.C., Order entered August 21, 2007); *Augusta County, Virginia v. Gonzales*, No. 05-1885 (D.D.C., Order entered October 7, 2005); *City of Winchester v. Ashcroft*, No. 00-3073 (D.D.C., Order entered February 5, 2001); *Roanoke County, Virginia v. Reno*, No. 00-1949 (D.D.C., Order entered October 26, 2000); *Frederick County, Virginia v. Reno*, No. 99-0941 (D.D.C., Order entered May 10, 1999); and *City of Fairfax, Virginia, v. Reno*, No. 97-2212 (D.D.C., Order entered October 1, 1997). In all of the foregoing cases, three-judge courts have been convened to hear and determine the action.

## **CONCLUSION**

For the reasons set forth above, Plaintiff respectfully urges this Court to grant the unopposed motion to convene a three-judge court. A proposed order is enclosed herewith.

Respectfully submitted,

**FOR THE PLAINTIFF CITY OF BEDFORD:**

_____

**J. GERALD HEBERT**
DC Bar No. 447676
Attorney at Law
191 Somervelle Street, #405
Alexandria, Va. 22304
Tel (703) 628-4673
Email: hebert@voterlaw.com
Email: jghebert@comcast.net


**WILLIAM W. BERRY, IV**
VABAR No. 09113
206 E. Main Street
Bedford, Virginia 24523
Telephone (540) 586-8133
Fax: (540) 586-8569