# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 439
September Term, 2010
11cv0473



City of Bedford, Virginia,

    Plaintiff,

v.

Eric Holder, et al.,

    Defendants.

## DESIGNATION OF JUDGES TO SERVE ON THREE-JUDGE DISTRICT COURT

    The Honorable Thomas F. Hogan, Judge, United States District Court for the District of Columbia, having notified me of his conclusion the above-captioned case is an appropriate one for the convocation of a three-judge District Court, and having requested such a three-judge court be appointed to hear and decide this case, it is

    **ORDERED**, pursuant to 28 U.S.C. § 2284, that the Honorable Thomas B. Griffith, Circuit Judge, United States Court of Appeals for the District of Columbia Circuit, and the Honorable Robert L. Wilkins, Judge, United States District Court for the District of Columbia, are hereby designated to serve with the Honorable Thomas F. Hogan as members of the court to hear and determine this case. Judge Griffith will preside.

                                                          _____
                                                            David B. Sentelle
                                                           Chief Judge

Date: 3-10-2011